# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: City of NY v. Henriquez     Docket No.: 23-325

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: MacKenzie Fillow

Firm: NYC Law Dept

Address: 100 Church Street, Room 6-208, NYC 10007

Telephone: 212-356-4378     Fax:

E-mail: mfillow@law.nyc.gov

Appearance for: City of New York and FDNY Foundation
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Sylvia Hinds-Radix, Corporation Counsel )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 11, 2021    OR

☐ I applied for admission on _____.

Signature of Counsel: s/MacKenzie Fillow

Type or Print Name: MacKenzie Fillow